RECEIVED
MAY 1 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:17-cr-00004 |
| VS. | : | JUDGE DRELL |
| JESSE EASTERLING | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. 32], and in the transcript previously filed herein, [Doc. 31] and having thoroughly reviewed the record, no written objections having been filed, and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **JESSE EASTERLING** on May 2, 2017 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Signed at Alexandria, Louisiana on this _15_ day of May, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT